EDITH M. BAYLIES, Respondent, v. GUSTAVUS BAYLIES, JR., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

ROBERT A. CHAPMAN, Appellant, v. WILLIAM K. DICK, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

HENRY S. CHESEBRO, Respondent, v. ALBERT A. MOERS, Appellant.— Motions denied. Stay continued for twenty days to permit application to the Court of Appeals. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

VINCENZO CUMIA, Respondent, v. SOFIA CUMIA, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

PAUL DE LISIO, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion granted in default of opposition, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

RICHARD GODFREY, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning JJ.

BERTHA S. GRAECEN, Respondent, v. GRACE L. JOHNSTON and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

In the Matter of the Last Will and Testament of SOPHIE K. BLANKEMEYER, etc., Deceased.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the October term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

In the Matter of the Application of the BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of THOMAS H. HOWITT and Others, Defendants. THOMAS H. HOWITT, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

In the Matter of SAMUEL F. EDMEAD, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, as official referee, to take proofs and report to this court, with his opinion and recommendation. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

In the Matter of the Application of SETH LOW and Others, Relative to Acquiring an Underground Right, etc., in Fulton Street, from Court Street to Flatbush Avenue, etc.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

In the Matter of DAVID SPIRO, an Attorney.— Proceedings dismissed. We regard the report of the official referee as equivalent to a decision that the charge was not established, and we do not find ourselves able, upon the record, to reach any other conclusion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.